** COURT FEES — CHECK — INSUFFICIENT FUNDS ** UNDER THE PROVISIONS OF 21 O.S. 1541.1 [21-1541.1] ET SEQ., A DISTRICT ATTORNEY HAS THE AUTHORITY TO FILE A CRIMINAL CHARGE ON AN INSUFFICIENT FUNDS CHECK MAKE PAYABLE TO THE COURT CLERK IN PAYMENT OF A FINE AND COSTS UPON A WRITTEN PLEA OF GUILTY, OR FOR PURPOSES OF A BOND, AS PROVIDED IN 22 O.S. 1114.1 [22-1114.1] ET SEQ. (BOGUS CHECK, HOT CHECK, COURT COSTS) CITE: 22 O.S. 1114.1 [22-1114.1], 21 O.S. 1151.1 [21-1151.1] 25 O.S. 1 [25-1], 25 O.S. 2 [25-2] (ROBERT D. MCDONALD)